

April 10, 2017

Via CM/ECF
Clerk of the Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Re:** **Application for Issuance of Subpoena**
**Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h)**

Dear Sir or Madam,

On behalf of my client, Flava Works, Inc., an Illinois corporation, ("Flava Works"), I respectfully request that the Clerk of the Court issue a subpoena pursuant to 17 U.S.C. § 512(h).

Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the clerk:

(1) Filing a copy of the notification required by 17 U.S.C. § 512(c)(3)(A);

(2) Filing the proposed subpoena; and

(3) Filing a sworn declaration confirming that the purpose of the subpoena is to obtain the identity of the alleged infringer and that the information obtained will only be used for the purpose of protecting a party's rights under 17 U.S.C. § 101, *et seq.*

If the foregoing requirements have been met, the Clerk of the Court "shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider." 17 U.S.C. § 512(h)(4).

Flava Works has filed herewith: (a) a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A); (b) a proposed subpoena; and (c) a sworn declaration. Accordingly, insomuch that Flava Works has complied with 17 U.S.C. § 512(h), it requests that the Clerk of the Court issue and sign to the proposed subpoena and deliver the same to the undersigned for service on the subpoena recipient.

Yours very truly,

Adam S. Tracy

2100 Manchester Road, Suite 615
Wheaton, IL 60187
(888) 978-9901
(630) 689-9471
at@ibankattorneys.com
www.ibankattorneys.com