

April 10, 2017

Via Email & Courier
Cloudflare, Inc.
Attn: Legal Dept.
101 Townsend St.
San Francisco CA 94107
dmca@cloudflare.com

Via Email & Courier
Enom, Inc.
Attn: Copyright Agent
5808 Lake Washington Blvd NE
Suite 300

Re:   **Take Down Notice and Request for Removal of Repeat Infringer Under DMCA:**
      http://gay-torrents.org **[IP 104.25.52.24]**

Dear Sir or Madam,

Please be advised that this firm serves as intellectual property counsel to Flava Works, Inc. (the "Client"). This letter serves as formal notice under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512 of repeat copyright infringement of our Client's protected materials by your customer at the website http://gay-torrents.org (the "Infringing Site"). A non-exhaustive list of the various photographs, images and motion pictures found on the Infringing Site is attached as Annex A hereto (the "Copyrighted Content").

Over the preceding three months, our Client has sent at least three DMCA takedown notices to your attention, in an effort to provide you with notice of the systemic copyright infringement of our Client's Copyrighted Content on the Infringing Site. The continued failure to: (a) cause the removal of the Copyrighted Content from the Infringing Site; and (b) permanently remove the Infringing Site as a repeat infringer, constitutes tortious interference with business expectancy, commercial disparagement, and defamation, among other causes of action. As you are undoubtedly aware, the DMCA limitations on liability are applicable to a service provider who:

> [H]as adopted and reasonably implemented, and informs subscribers and account holders of the service provider's system or network of, a policy that providers for the termination in appropriate circumstances of subscribers and account holders of the service provider's system or network who are *repeat infringers* 17 U.S.C. § 512(i)(1)(A) (emphasis added).

A service provider "implements" a policy if "it has a working notification system, a procedure for dealing with DMCA-complaint notifications, and if it does not actively prevent copyright owners from collecting information needed to issue such notifications." *Perfect 10, Inc. v. CCBill, LLC*, 488 F.3d 1102, 1109-10 (9th Cir. 2007). Further, implementation is "reasonable" if, under "appropriate circumstances", the service provider "terminates users who repeatedly or blatantly infringe copyright." *Id.* That is, "the common element of its safe harbors is that the service provider must do what it can reasonably be asked to do to prevent the use of its service by 'repeat infringers.'" *In Re Aimster Copyright Litg.*, 334 F.3d 643, 655 (7th Cir. 2003).

2100 Manchester Road, Suite 615
Wheaton, IL 60187
(888) 978-9901
(630) 689-9471
at@ibankattorneys.com
www.ibankattorneys.com

Accordingly, demand is hereby made upon you to immediately and permanently disable and remove the Infringing Site as a repeat infringer and terminate all related accounts. Absent full compliance with this demand, our Client will be forced to investigate all legal remedies available to it, including, without limitation, bringing a civil cause of action against you to compel compliance. Notwithstanding the foregoing, our Client does not seek to engage in costly litigation when it is clear that the same would not be in any party's best interests.

Finally, as a supplement to our Client's prior DMCA notices, the additional information needed to comply with the requests contained herein follows:

a. Identity of the Copyrighted Work that has been Infringed:

   See Annex A.

b. Identify of the Material that is Infringing our Client's Copyrighted Work:

   See Annex A.

c. Contact information for Our Client:

   Flava Works, Inc.
   c/o Adam S. Tracy, Esq.
   The Tracy Firm, Ltd.
   2100 Manchester Road Ste 615
   Wheaton, IL 60187
   312.754.9499 Tel.
   630.689.9471 Fax
   at@tracyfirm.com

d. Contact Information for the Infringer(s): The only information we have for the infringer(s) is as follows:

   Info@gay-torrents.org

e. Good Faith Statement and Affidavit:

   See Annex B.

Please promptly confirm that you will: (a) cause the removal of the Copyrighted Content from the Infringing Site; and (b) permanently remove the Infringing Site as a repeat infringer. Note further that nothing contained herein shall limit any allegation, cause of action or claim that our Client may, at any point in time hereinafter, rely on in any action, whether sounding in law or equity. Should you care to discuss the matters contained herein, please don't hesitate to contact me.

Yours very truly,

Adam S. Tracy

**ANNEX A**

http://gay-torrents.org/details.php?id=4cfd7e4abe7ef0a40bf6a72cbf6bb7a949233284
http://gay-torrents.org/details.php?id=8fdbcb1e4d52ad5f8392360481923cb66cc45803
http://gay-torrents.org/details.php?id=7f383609d6eabcfb23cc797a8fb1d196c7ea5792
http://gay-torrents.org/details.php?id=12a94c1b6682001221cc62f87cf9c8ddc160a049
http://gay-torrents.org/details.php?id=4ccda3ec9afef95dfa5cd17073a91fb3ece4e5b8
http://gay-torrents.org/details.php?id=8f6dbf8d5ae70d343713e0b5c1ca40507148bb4e
http://gay-torrents.org/details.php?id=65e0fa682c3b9e6146c9adbb3b27de749bc9ae9b
http://gay-torrents.org/details.php?id=78c7e11550031bf9b252ec08d4da0a49be8b139e
http://gay-torrents.org/details.php?id=4bd191fb7f8e84a4cacdb6c3e44d7fc8097c3ecb
http://gay-torrents.org/details.php?id=33deeea5058c802622141d10b910c2a159dabe2a
http://gay-torrents.org/details.php?id=267aaf62cf7446d23f66c67a84727839044ca925
http://gay-torrents.org/details.php?id=b7649300b8bb163ca5255e32311f97f4f66f11a1
http://gay-torrents.org/details.php?id=b210cf9c2947bb9df43d3053cc9b233dfb7ac528
http://gay-torrents.org/details.php?id=b0f23ec7c25aae96fdd0047af82355845305d9c6
http://gay-torrents.org/details.php?id=d399666c06089bb2de63d3b2f32ca8ac84c5a486
http://gay-torrents.org/details.php?id=e431c1cfe35fb8448547446613695889082fb109
http://gay-torrents.org/details.php?id=68ae132bd200bf21979258995b3191687b64655f
http://gay-torrents.org/details.php?id=9f3f9cb321f51116b25f2f2a59bd1312b84bf57f
http://gay-torrents.org/details.php?id=e33cec82825413eaf08a3c20b1337a4717f38dc3
http://gay-torrents.org/details.php?id=8a793a93fedc244d9abc445a033af031ad374d02
http://gay-torrents.org/details.php?id=56cae17dff153bfdb28894bb18fea4e42c0c2fbd
http://gay-torrents.org/details.php?id=f0c4891d8cbe78492fe4a1bf537070fac66fbe78
http://gay-torrents.org/details.php?id=4d5b5ce90fabc1406f7a58ca4d55a20791541fa4
http://gay-torrents.org/details.php?id=8b5c71da31ed94eed7825c9fc3147a03bdc8d282
http://gay-torrents.org/details.php?id=0fdc1626dc064e440ab21092b2f2d04e296f9a8c
http://gay-torrents.org/details.php?id=5e1e49bed86a167eb2d9ebbe0190c0b765df15f2
http://gay-torrents.org/details.php?id=636bda04b1d31b91928ec3caa67887f371e4b276
http://gay-torrents.org/details.php?id=a3ebb5ba3ddae01b2dedc9f8eaeed703b3189ae5
http://gay-torrents.org/details.php?id=31bd368faf287d63c240fc4ad297aa751e38ec44
http://gay-torrents.org/details.php?id=64e19183ef0ef668e59b47acafeb4ca4f1718ef1
http://gay-torrents.org/details.php?id=b137ced62fd2e37c9dddf47b390a9e3aa3568f72

http://gay-torrents.org/details.php?id=c83f9f077dde94d37463df56d6a5e6c1f2eb87c7
http://gay-torrents.org/details.php?id=e20115d9d7f89b4d11c26491f9abf48843770ea8
http://gay-torrents.org/details.php?id=9a59da020dc1011570e2b724512366cfdf7ac88e
http://gay-torrents.org/details.php?id=c8ad50d50c8cceecfdcf3f9cdd8a3e179c0118ac
http://gay-torrents.org/details.php?id=824bc45870a4bc907e12d7805af85d896e6b8176
http://gay-torrents.org/details.php?id=8c2a2b15d83ef2f4ec5b199a0cbb8bb757acdbb1
http://gay-torrents.org/details.php?id=5a9d09f092d288d920f499071a8c23630a666ed5
http://gay-torrents.org/details.php?id=c82903628087acd2bd5d3103c19c4de039251dc7
http://gay-torrents.org/details.php?id=81df2441d4936dd2678c8953969083d780d19926
http://gay-torrents.org/details.php?id=f8368c102e204a3ec088c9dc15c79dc23467a367
http://gay-torrents.org/details.php?id=405686b94ab0484b85856537de542a3002682bee
http://gay-torrents.org/details.php?id=7ba669d7dc4e4fc45898ae199e3c1168664b83bf
http://gay-torrents.org/details.php?id=ac9d619e20715f67455f7157d24abbf1c1dbcc53
http://gay-torrents.org/details.php?id=5dc1ffa64b630aaa7bbd77c376841376840b31cf
http://gay-torrents.org/details.php?id=8f1fcce97fd01a92c2341be6e4d5f6fc769bb623
http://gay-torrents.org/details.php?id=2fd2551d449d18ee46532fce54e2654838c69866
http://gay-torrents.org/details.php?id=1f4d5c2c3de22b0e9a2def797530d6217524bf7e
http://gay-torrents.org/details.php?id=40300bd93ce28b8038ae2dff0eae4593bcbab8f4
http://gay-torrents.org/details.php?id=e467e24f7b7afa5dec81960198db7abff2831997
http://gay-torrents.org/details.php?id=e841b4f7e6fce53e5852eccd994ba4b8274946cc
http://gay-torrents.org/details.php?id=ecce135af3cd89cc92b00c64c43b47d2e7de4243
http://gay-torrents.org/details.php?id=7f2fa1d80f89111e9fc044061ddcece55b86068c
http://gay-torrents.org/details.php?id=eb80c4fdebd388b4381d80d5cdfa76dbe8fe5101
http://gay-torrents.org/details.php?id=38052c1dedbac984903794fb5a0bdc370d009d85
http://gay-torrents.org/details.php?id=0f9aa1e6028d04c8a30e83a660032db551c4f47c
http://gay-torrents.org/details.php?id=1e2ccf2e03e6644fd0f42e78158bf31cf6d19c6b
http://gay-torrents.org/details.php?id=427749c1e0121b9b78734b28286a9969497a5e0d
http://gay-torrents.org/details.php?id=e467e24f7b7afa5dec81960198db7abff2831997
http://gay-torrents.org/details.php?id=e841b4f7e6fce53e5852eccd994ba4b8274946cc
http://gay-torrents.org/details.php?id=ecce135af3cd89cc92b00c64c43b47d2e7de4243
http://gay-torrents.org/details.php?id=7f2fa1d80f89111e9fc044061ddcece55b86068c
http://gay-torrents.org/details.php?id=eb80c4fdebd388b4381d80d5cdfa76dbe8fe5101
http://gay-torrents.org/details.php?id=38052c1dedbac984903794fb5a0bdc370d009d85

http://gay-torrents.org/details.php?id=b4eb5a4bb4b5c4c6ba2798dd2a9e1359ada4a318
http://gay-torrents.org/details.php?id=f9842789b22f3b6324421c11a6c6aaedc7b5f732
http://gay-torrents.org/details.php?id=905a6e8770060f858ac42566515970595b95fa19
http://gay-torrents.org/details.php?id=bb44d1ff540c49345c56f44a5d5545b233038d42
http://gay-torrents.org/details.php?id=ef802ac696489d9f36ff653057792bd433a6125e
http://gay-torrents.org/details.php?id=2db359d9c05525ff94fe33ba74341635e16c3758
http://gay-torrents.org/details.php?id=21d7a39455ced6ae9e5b9db33d3514f2c9086682
http://gay-torrents.org/details.php?id=4f326b2f22e567f191fcc7281a376c2d9bddb6a0
http://gay-torrents.org/details.php?id=300fc8bf5c2fd766a7ab82d2419c84487154ec1b
http://gay-torrents.org/details.php?id=9df626c6ebf14cc822d2dbbf03bcc6fe6ab590bb
http://gay-torrents.org/details.php?id=bfd1b1ee611c0f27bde854c22cc297b785f155c9
http://gay-torrents.org/details.php?id=0e71d1bd5fd9ce70d5fb59c68cce3a8a55d30054
http://gay-torrents.org/details.php?id=e45b2365be88b2a07b6c0eec6df7b707fb34d444
http://gay-torrents.org/details.php?id=d31c77d90c76e6d2102d10723bb36e5bd7f28c94
http://gay-torrents.org/details.php?id=61f8d0a458c5e33b50b5f628212b80b81f3a7da4
http://gay-torrents.org/details.php?id=993054b70d566d8d191527f237d86123dc7cf029
http://gay-torrents.org/details.php?id=2c93300a76d2c3faa46d4b6784681af42cdbfd3d
http://gay-torrents.org/details.php?id=7e971543237cb12bfe02a8c56c66d1fc4dcc8fe9
http://gay-torrents.org/details.php?id=f2191f45c41fe50317cd571a67a36fdcf73a46d7
http://gay-torrents.org/details.php?id=f2191f45c41fe50317cd571a67a36fdcf73a46d7
http://gay-torrents.org/details.php?id=993054b70d566d8d191527f237d86123dc7cf029
http://gay-torrents.org/details.php?id=7e971543237cb12bfe02a8c56c66d1fc4dcc8fe9
http://gay-torrents.org/details.php?id=eb80c4fdebd388b4381d80d5cdfa76dbe8fe5101
http://gay-torrents.org/details.php?id=38052c1dedbac984903794fb5a0bdc370d009d85
http://gay-torrents.org/details.php?id=fd7a50b4d83397adfb93683253c07dfbd0a0979d
http://gay-torrents.org/details.php?id=f9842789b22f3b6324421c11a6c6aaedc7b5f732
http://gay-torrents.org/details.php?id=92a92a22860d6d72814cc222f8b970d7135a7041
http://gay-torrents.org/details.php?id=f2191f45c41fe50317cd571a67a36fdcf73a46d7
http://gay-torrents.org/details.php?id=fc6a637d7db4dd10eee20f197ae0050601b056b0
http://gay-torrents.org/details.php?id=fbee02f25a95b11872e5d73962d9a1591a4df7e6
http://gay-torrents.org/details.php?id=145d7227db68c14ef9aca86e5d3b8a572fae61ed
http://gay-torrents.org/details.php?id=f87a1266fe5084f521fac55dcc3ddfec6e8b4dc1
http://gay-torrents.org/details.php?id=0682bdbc46471dee3cb02c5adeb3d502468015d4

http://gay-torrents.org/details.php?id=bb44d1ff540c49345c56f44a5d5545b233038d42
http://gay-torrents.org/details.php?id=bb44d1ff540c49345c56f44a5d5545b233038d42
http://gay-torrents.org/details.php?id=0f9aa1e6028d04c8a30e83a660032db551c4f47c
http://gay-torrents.org/details.php?id=1e2ccf2e03e6644fd0f42e78158bf31cf6d19c6b
http://gay-torrents.org/details.php?id=427749c1e0121b9b78734b28286a9969497a5e0d
http://gay-torrents.org/details.php?id=e467e24f7b7afa5dec81960198db7abff2831997
http://gay-torrents.org/details.php?id=0b8d5d2af63a32b6aed43ffbe320f5573319f426
http://gay-torrents.org/details.php?id=a083a44ca28d3bd53a4b698d92ff2b3c1a00a417
http://gay-torrents.org/details.php?id=e9d98e05e8359fc363f6a0fe3de3e0dd15c2f8d7
http://gay-torrents.org/details.php?id=8c215a69b79803e88c3b05e5aa44f983c68603f3
http://gay-torrents.org/details.php?id=5840ded51fcf3674b3ae815c42c01225b1f1f6c0
http://gay-torrents.org/details.php?id=6d804cfc92bd717a55cffcec24c625acbe7acd9c
http://gay-torrents.org/details.php?id=032fe822b42923c790aad2961297af7c2f876617
http://gay-torrents.org/details.php?id=790aedfe3bfb0107772663b62330c630a49db4d7
http://gay-torrents.org/details.php?id=b4cfbb0a32b4050b4336c0c15b0b3d6b7a615968
http://gay-torrents.org/details.php?id=a5f2388eceeef1242f6d4ef6a3e3fb2a68a8490c
http://gay-torrents.org/details.php?id=4ea64d80d92c2c674e87162fb17a557bd1606024
http://gay-torrents.org/details.php?id=f0c4891d8cbe78492fe4a1bf537070fac66fbe78
http://gay-torrents.org/details.php?id=dc9b89c0ee31cf7742539b88f34bd03ae410044a
http://gay-torrents.org/details.php?id=caccd37169d807e19e06b67cfb69c1bdb6bb133d
http://gay-torrents.org/details.php?id=8132b9d8ba2b1f7fa659f13848ec3f3e605187d6
http://gay-torrents.org/details.php?id=c5a887c47902eca24c0d1a5b645b30db54d567c1
http://gay-torrents.org/details.php?id=c3867d86e1c982183f3189d541978dc434b1b76d
http://gay-torrents.org/details.php?id=b0776df9955224a72f8ae18c796e6c9139dfe6bd
http://gay-torrents.org/details.php?id=55206f156da5179536f232c74a151d78b89b0584
http://gay-torrents.org/details.php?id=eeedeecdd27fa2d12babd062e1b9475f6ea130c3
http://gay-torrents.org/details.php?id=478f69e5f6f4a98dfa2641629ea93966d9564b34
http://gay-torrents.org/details.php?id=ddbf449979807956920aa8838b5cb3ec4d7677d3
http://gay-torrents.org/details.php?id=91f6109584ee4781689b1461a93a5cfd281354d1
http://gay-torrents.org/details.php?id=2ee8c3868bfaf14f1c07f7b0a889fb789a2963ad
http://gay-torrents.org/details.php?id=303ca0e6d6a46737cee278f0a3706d46d8772e5d
http://gay-torrents.org/details.php?id=c82de58f81e376c19c3b8369a8c7419bc7446124
http://gay-torrents.org/details.php?id=9a21faf51f98b335af78866b1b2e003ae0b7d8e6

http://gay-torrents.org/details.php?id=16b1de1e381c095c954e02c34744eb064aec56d5
http://gay-torrents.org/details.php?id=39b497a7730f20cbff923153536c1b496a24d60b
http://gay-torrents.org/details.php?id=5fcfd0c07f8e51ae438e3640a56c5bb0b1ba62ab
http://gay-torrents.org/details.php?id=a083a44ca28d3bd53a4b698d92ff2b3c1a00a417
http://gay-torrents.org/details.php?id=0cebad9db43c97bfe0222823ad79041463548ad2
http://gay-torrents.org/details.php?id=65e0fa682c3b9e6146c9adbb3b27de749bc9ae9b
http://gay-torrents.org/details.php?id=8355b81739aa20aa1fec50a79b5536573a8031aa
http://gay-torrents.org/details.php?id=300fc8bf5c2fd766a7ab82d2419c84487154ec1b
http://gay-torrents.org/details.php?id=e45b2365be88b2a07b6c0eec6df7b707fb34d444
http://gay-torrents.org/details.php?id=78880bd6fdce5662100eb5dce5a7c28890e763a5
http://gay-torrents.org/details.php?id=fc6a637d7db4dd10eee20f197ae0050601b056b0
http://gay-torrents.org/details.php?id=fbee02f25a95b11872e5d73962d9a1591a4df7e6
http://gay-torrents.org/details.php?id=724bdd0b49b6567cc700c41893f94eb8bfdf5dd4
http://gay-torrents.org/details.php?id=145d7227db68c14ef9aca86e5d3b8a572fae61ed
http://gay-torrents.org/details.php?id=c82de58f81e376c19c3b8369a8c7419bc7446124
http://gay-torrents.org/details.php?id=51d3aceb91912cac043ef98dc99205d42699cfb8
http://gay-torrents.org/details.php?id=2effda8aee917d00c82f0a4670bb3906d67bb0e7

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

**ANNEX B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: DMCA Subpoena to Enom, Inc. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

### DECLARATION OF ADAM S. TRACY IN SUPPORT OF FLAVA WORKS, INC'S REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS

I, Adam S. Tracy, declare as follows:

1. That I am an attorney licensed to practice before the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois and am a member of this Court's trial bar. I represent Flava Works, Inc. an Illinois corporation;

2. On behalf of Flava Works I am requesting that a subpoena be issued pursuant to 17 U.S.C. § 512(h) to identify the individuals and/or entities infringing on my client's copyrighted works; and

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers, and such information will only be used for the purpose of protecting Flava Works' rights under 17 U.S.C. § 101, *et seq.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2017

_____
Adam S. Tracy

1