IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: DMCA Subpoena to Enom, Inc.  )
                                    )
                                    )   Case No.
                                    )

### DECLARATION OF ADAM S. TRACY IN SUPPORT OF FLAVA WORKS, INC'S REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS

I, Adam S. Tracy, declare as follows:

1. That I am an attorney licensed to practice before the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois and am a member of this Court's trial bar. I represent Flava Works, Inc. an Illinois corporation;

2. On behalf of Flava Works I am requesting that a subpoena be issued pursuant to 17 U.S.C. § 512(h) to identify the individuals and/or entities infringing on my client's copyrighted works; and

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers, and such information will only be used for the purpose of protecting Flava Works' rights under 17 U.S.C. § 101, *et seq.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2017

_/s/ Adam S. Tracy_
Adam S. Tracy

1