## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Flava Works, Inc.
,

Plaintiff(s),

v.

Cloudflare, Inc.,

Defendant(s).

Case No.  17 C 2746
Judge Amy J. St. Eve

## <u>ORDER</u>

The Clerk is directed to issue and sign the proposed subpoena at doc. 1 to Cloudfare, Inc. and deliver the subpoena to Adam Tracy, counsel for Flava Works, Inc., for service on the subpoena recipient.

Date:  4/13/2017

Amy J. St. Eve
United States District Judge